IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| STRAGENT, LLC, *et al.*,  §<br>  §<br>  *Plaintiffs*,  §<br>  §   CIVIL ACTION NO. 6:10-CV-227-LED<br> v.  §<br>  §<br> AUDI AG, *et al.*,  §   JURY TRIAL DEMANDED<br>  §<br>  *Defendants*.  § | |

## NOTICE OF SETTLEMENT AND AGREED MOTION TO STAY

Plaintiffs Stragent, LLC and SeeSaw Foundation file this agreed motion requesting that all activities with respect to Defendants Bayerische Moteren Werke AG, BMW of North America, LLC, and BMW Manufacturing Co., LLC be stayed until September 13, 2011.  The Parties have reached an oral agreement to settle this case, and are diligently working towards a written settlement agreement that is acceptable to the Parties.  Consequently, Plaintiffs request this time to finalize the settlement agreement.  Therefore, Plaintiffs respectfully request this stay of all deadlines up to and including September 13, 2011.

    Respectfully submitted,

    /s/ Eric M. Albritton

    Eric M. Albritton
    Texas State Bar No. 00790215
    ema@emafirm.com

Stephen E. Edwards
Texas State Bar No. 00784008
see@emafirm.com
Debra Coleman
Texas State Bar No. 24059595
drc@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Danny L. Williams
Texas State Bar No. 21518050
danny@wmalaw.com
J. Mike Amerson
Texas State Bar No. 01150025
mike@wmalaw.com
 Jaison C. John
Texas State Bar No. 24002351
jjohn@wmalaw.com
Christopher N. Cravey
Texas State Bar No. 24034398
ccravey@wmalaw.com
Matthew R. Rodgers
Texas State Bar No. 24041802
mrodgers@wmalaw.com
Michael A. Benefield
Texas State Bar No. 24073408
mbenefield@wmalaw.com
David Morehan
Texas State Bar No. 24065790
dmorehan@wmalaw.com
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

*Attorneys for Plaintiffs*
*Stragent, LLC and SeeSaw Foundation*

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by electronic mail on this the 11th day of August 2011.

Eric M. Albritton